No. 457. FIRST IOWA HYDRO ELECTRIC COOPERATIVE ET AL. *v.* IOWA-ILLINOIS GAS & ELECTRIC CO. ET AL., *ante,* p. 871. Motion to dispense with printing of the petition for rehearing granted. Rehearing denied.

JANUARY 13, 1958.

No. 105. LENG MAY MA *v.* BARBER, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. Certiorari, 353 U. S. 981, to the United States Court of Appeals for the Ninth Circuit;

No. 396. BROWNELL, ATTORNEY GENERAL, *v.* QUAN ET AL. Certiorari, 355 U. S. 861, to the United States Court of Appeals for the District of Columbia Circuit; and

No. 655. DONG WING OTT ET AL. *v.* SHAUGHNESSY, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. On petition for writ of certiorari to the United States Court of Appeals for the Second Circuit. The motion to hold in abeyance the filing of briefs in these cases is granted. *Solicitor General Rankin* for petitioner in No. 396 and respondents in Nos. 105 and 655. Reported below: No. 105, 241 F. 2d 85; No. 396, 101 U. S. App. D. C. 229, 248 F. 2d 89; No. 655, 245 F. 2d 875, 247 F. 2d 769.